UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER, | No. 2:15-cv-1913 AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion to withdraw the complaint in which he seeks to voluntarily dismiss this action. ECF No. 7. Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed and all pending motions are vacated.

DATED: December 15, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE